# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 5275 | **DATE** | 8/4/2006 |
| **CASE TITLE** | Mitch Nocula   v   USG Corp. | | |

**DOCKET ENTRY TEXT:**

Order defendants' motions to dismiss are granted.
Status hearing date of 8/15/2006 is stricken..

[For further detail see separate order]

[Mailed notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|